**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Myron Bobo COOK, Defendant–**
**Appellant.**

**No. 09–15627**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 31, 2010.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/MFL, Tampa, FL, for Plaintiff–Appellee.

Leonard Evans Clark, Office of The Federal Public Defender, Donna Lee Elm, Tampa, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Myron B. Cook, has filed a motion to withdraw on appeal and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**